```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 08 B 01383
   PORTER ELLISON JR
                                          CHAPTER 13

                                          JUDGE: JACK B SCHMETTERER

         Debtor
   SSN XXX-XX-5171


------------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
      The case was filed on 01/22/2008 and was confirmed 04/30/2008.

      The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.31%.

      The case was dismissed after confirmation 09/03/2008.
------------------------------------------------------------------------------
CREDITOR NAME               CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                            PAID          PAID
------------------------------------------------------------------------------
UNITED COLLECTIONS          UNSECURED            86.80          .00            .00
UNITED COLLECTIONS          UNSECURED           543.40          .00            .00
CONSUMER FINANCE CORP       UNSECURED          4606.48          .00            .00
CONSUMER FINANCE CORP       SECURED VEHIC      6542.78          .00         283.20
COOK COUNTY TREASURER       SECURED            3255.01          .00         135.64
COOK COUNTY STATES ATTOR    NOTICE ONLY     NOT FILED           .00            .00
HOUSEHOLD FINANCE CORP      CURRENT MORTG         .00           .00            .00
HOUSEHOLD FINANCE CORP      SECURED NOT I         .00           .00            .00
SELECT PORTFOLIO SERVICI    CURRENT MORTG      3465.40          .00        3465.40
SELECT PORTFOLIO SERVICI    MORTGAGE ARRE     67289.19          .00            .00
PIERCE & ASSOC              NOTICE ONLY     NOT FILED           .00            .00
VATIV                       UNSECURED           359.28          .00            .00
CINGULAR                    NOTICE ONLY     NOT FILED           .00            .00
BUREAU OF COLLECTION REC    UNSECURED       NOT FILED           .00            .00
CINGULAR WIRELESS           NOTICE ONLY     NOT FILED           .00            .00
CDA PONTIAC                 UNSECURED       NOT FILED           .00            .00
BETHANY HOSPITAL            NOTICE ONLY     NOT FILED           .00            .00
CINGULAR WIRELESS           UNSECURED       NOT FILED           .00            .00
CINGULAR WIRELESS           NOTICE ONLY     NOT FILED           .00            .00
FINGERHUT                   UNSECURED       NOT FILED           .00            .00
FINGERHUT                   NOTICE ONLY     NOT FILED           .00            .00
MEDICAL BUSINESS BUREAU     UNSECURED       NOT FILED           .00            .00
MEDICAL BUSINESS BUREAU     NOTICE ONLY     NOT FILED           .00            .00
MEDICAL BUSINESS BUREAU     UNSECURED       NOT FILED           .00            .00
MEDICAL BUSINESS BUREAU     NOTICE ONLY     NOT FILED           .00            .00
MEDICAL BUSINESS BUREAU     UNSECURED       NOT FILED           .00            .00
MERCHANTS CREDIT GUIDE C    UNSECURED       NOT FILED           .00            .00
MERCHANTS CREDIT GUIDE      NOTICE ONLY     NOT FILED           .00            .00
NCO COLLECTION AGENCY       UNSECURED       NOT FILED           .00            .00
VERIZON                     NOTICE ONLY     NOT FILED           .00            .00
PALISADES COLLECTIONS       UNSECURED       NOT FILED           .00            .00
AT & T BANKRUPCTY           NOTICE ONLY     NOT FILED           .00            .00

                       PAGE  1 - CONTINUED ON NEXT PAGE
            CASE NO. 08 B 01383 PORTER ELLISON JR
```

```
RUSH PRES ST LUKES MEDIC  UNSECURED      NOT FILED            .00              .00
RUSH PRES ST LUKES MEDIC  UNSECURED      NOT FILED            .00              .00
RUSH PRES ST LUKES MEDIC  UNSECURED      NOT FILED            .00              .00
UNIVERSITY PATHOLOGISTS   NOTICE ONLY    NOT FILED            .00              .00
WORLDCOM WIRELESS         UNSECURED      NOT FILED            .00              .00
GC SERVICES               NOTICE ONLY    NOT FILED            .00              .00
TIMOTHY K LIOU            DEBTOR ATTY     1,398.20                             .00
TOM VAUGHN                TRUSTEE                                           337.76
DEBTOR REFUND             REFUND                                               .00

      Summary of Receipts and Disbursements:
---------------------------------------------------------------------------------
                          RECEIPTS           DISBURSEMENTS
---------------------------------------------------------------------------------
TRUSTEE                   4,222.00

PRIORITY                                              .00
SECURED                                          3,884.24
UNSECURED                                             .00
ADMINISTRATIVE                                        .00
TRUSTEE COMPENSATION                               337.76
DEBTOR REFUND                                         .00
                        ---------------    ---------------
TOTALS                    4,222.00              4,222.00
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
    Dated: 12/22/08                 _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE